# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-611-MOC-DCK

| | |
|---|---|
| **ADAM L. SEMEL,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MICROSOFT CORPORATION, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion Of Plaintiff Adam Semel And Defendant Microsoft Corporation To Stay And Toll Any Case Deadlines Applicable To Microsoft" (Document No. 11) filed December 21, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will grant the motion. However, further extension of this deadline is unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion Of Plaintiff Adam Semel And Defendant Microsoft Corporation To Stay And Toll Any Case Deadlines Applicable To Microsoft" (Document No. 11) is **GRANTED**. The parties shall file a Stipulation Of Dismissal regarding Microsoft Corporation on or before **February 21, 2023**; in the alternative, Microsoft Corporation shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **February 21, 2023**.

**IT IS FURTHER ORDERED** that all deadlines in this action with respect to Microsoft Corporation only, are TOLLED and STAYED until **February 21, 2023**.

**IT IS FURTHER ORDERED** that The Prudential Insurance Company of America shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **January 9, 2023**. See (Document No. 8).

**SO ORDERED**.

Signed: December 21, 2022

David C. Keesler
United States Magistrate Judge