IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-611-MOC-DCK

| ADAM L. SEMEL, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and MICROSOFT CORPORATION, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Ethan Goemann, concerning Ian H. Morrison, on January 6, 2023. Ian H. Morrison seeks to appear as counsel *pro hac vice* for Defendant Prudential Insurance Company of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Ian H. Morrison is hereby admitted *pro hac vice* to represent Defendant Prudential Insurance Company of America15.

**SO ORDERED**.

Signed: January 6, 2023

David C. Keesler
United States Magistrate Judge